Thomas F. Jeffrey SBN 110974
LAW OFFICE OF THOMAS F. JEFFREY
1400 N. Dutton Avenue, Suite 21
Santa Rosa, CA 95401-4643
Telephone: (707) 543-8530
Facsimile: (707) 543-8549

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTE WHYTE, | ) | Case No. 3:12-cv-02081-EDL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| PORTFOLIO RECOVERY ASSOCIATES, | ) | |
| LLC, HSBC BANK NEVADA, N.A., | ) | |
| | ) | |
| Defendants. | ) | |

The parties hereby stipulate to continue the Case Management Conference from July 31, 2012 at 3:00 p.m. to August 28, 2012 at 3:00 p.m.

So stipulated:

Dated: July 10, 2012.

                /s/ Thomas F. Jeffrey
                Thomas F. Jeffrey
                Attorney for Plaintiff

Dated: July 10, 2012.

                /s/ Jennifer Karlin
                Jennifer Karlin
                Katten Muchin Rosenman, LLP
                Attorneys for HSBC Bank Nevada

1

2

Dated: July 10, 2012.

3
                                                        */s/ Michael R. Simmonds*

4
Michael R. Simmonds
Simmons & Narita, LLP

5
Attorneys for Portfolio Recovery
Associates, LLC

6

7
**ORDER**

8
The parties' stipulation is adopted and IT IS SO ORDERED.

9

10
Dated: July __17__, 2012.
_____
United States Magistrate Judge

11

12

...

28